IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MATT MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | Case No. CIV-09-306-M |
| ) | |
| PAUL A. KASTNER, ) | |
| ) | |
| Respondent. ) | |

## ORDER

On June 12, 2009, United States Magistrate Judge Doyle W. Argo issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2241, seeking a writ of habeas corpus. The Magistrate Judge recommended that the petition be denied upon filing. Petitioner was advised of his right to object to the Report and Recommendation by July 2, 2009. A review of the file reveals that no objection has been filed.

Upon de novo review, the Court:

(1)   ADOPTS the thorough and well-reasoned Report and Recommendation issued by the Magistrate Judge on June 12, 2009, and

(2)   DENIES petitioner's petition for a writ of habeas corpus upon filing.

**IT IS SO ORDERED this 10th day of July, 2009.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE